# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EFK INVESTMENTS, LLC, MARKET STREET PROPERTY MANAGEMENT, INC.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**GOLDEN EAGLE INSURANCE CORPORATION, PEERLESS INSURANCE COMPANY,** *et al.*,<br><br>    Defendants. | Case No.: 13-CV-5910 YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

On December 26, 2013, the Court issued an Order to Show Cause Why Removal Is Proper. (Dkt. No. 6.) On January 15, 2014, Defendants Golden Eagle Insurance Corporation and Peerless Insurance Company filed their Response to Order to Show Cause Why Removal Is Proper. (Dkt. No. 15.) The Court, having reviewed the allegations therein, hereby **VACATES** the Order to Show Cause.

**IT IS SO ORDERED**.

Date: January 23, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**