UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFK INVESTMENTS, LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PEERLESS INSURANCE COMPANY,<br><br>  Defendant. | Case No.  13-cv-05910-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | February 27, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | June 30, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: May 15, 2015<br>Rebuttal: May 29, 2015 |
| EXPERT DISCOVERY CUTOFF: | June 30, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | August 18, 2015 [filed by 7/14/15] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, December 5, 2014 at 8:01 a.m. |

As set forth above, the parties are REFERRED to private mediation.  By November 28, 2014, the parties shall submit either: (a) a joint notice with the name of an agreed-upon mediator; or (b) a joint statement setting forth an explanation for their failure to do so.  A compliance hearing regarding selection of a mediator shall be held on Friday, December 5, 2014, on the Court's **8:01a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  If the parties have selected a mediator and notified the Court timely, the compliance hearing will be taken off calendar.  Telephonic appearances may be allowed if the parties have

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 17, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge