UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EFK INVESTMENTS, LLC, ET AL.**,<br><br>      Plaintiffs,<br><br>   v.<br><br>**PEERLESS INSURANCE COMPANY**,<br><br>      Defendant. | Case No.  13-cv-05910-YGR<br><br>**ORDER CONTINUING COMPLIANCE RE: MEDIATOR**<br><br>Re: Dkt. No. 53 |

The compliance hearing regarding the parties' choice of a mediator, currently set for Friday, December 5, 2014, is **CONTINUED** to Friday, December 12, 2014, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) choice of mediator or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: December 1, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**