Richard Wallace (State Bar No. 124286)
Peter Prows (State Bar No. 257819)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Telephone: (415) 402-2700
Facsimile: (415) 398-5630
*rwallace@briscoelaw.net*

Attorneys for Plaintiffs
EFK INVESTMENTS, LLC; and
MARKET STREET PROPERTY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EFK INVESTMENTS, LLC; and MARKET STREET PROPERTY MANAGEMENT, INC., <br><br> Plaintiffs, <br> vs. <br><br> GOLDEN EAGLE INSURANCE CORPORATION; PEERLESS INSURANCE COMPANY; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 4:13-CV-05910 YGR <br> ORDER CONTINUING COMPLIANCE <br> ~~JOINT STATEMENT~~ REGARDING SELECTION OF MEDIATOR; ~~[PROPOSED] ORDER~~ <br><br> Date: January 9, 2015 <br> Time: 9:01 a.m. <br> Courtroom: 1 <br> Judge: Hon. Yvonne Gonzalez Rogers |

The parties in the above-entitled case jointly submit this Joint Statement Regarding Selection of Mediator in accordance with the Court's Order at the Case Management Conference in the Action on November 17, 2014 [Dkt. 52], and the Orders Continuing Compliance Re: Mediator filed on December 1 and December 9, 2014 [Dkt. 54 and Dkt. 56.]

As reported in their Joint Statement Regarding Selection of Mediator filed on December 5, 2015 [Dkt. 55], the parties through their counsel have engaged in settlement discussions among themselves, prior to formal mediation, with the intent of avoiding the inconvenience and possible expense of mediation if they can settle this matter without mediation. Plaintiffs initiated those discussions by submitting a settlement demand to defendant Peerless Insurance Company

1

("Peerless") on December 10, 2014.  The parties also have conferred further about the selection of a mediator, in the event they are unable to reach a settlement among themselves.

Peerless is considering Plaintiffs' settlement offer but does not yet have a response.  Meanwhile, the parties have not decided about the choice of mediator but generally agree that if they do not settle the action among themselves, they will mediate the dispute with either Honorable Ronald Sabraw (ret.) at JAMS or through the Court's ADR Multi-Option Program.

The parties agree that further settlement discussions may be fruitful and request more time to proceed with those discussions before submitting their dispute to formal mediation and before further court appearances.  The parties jointly ask the Court to continue for four weeks the Compliance Hearing Re: Mediator currently scheduled on January 9, 2015, and the deadline to complete mediation currently scheduled on February 27, 2015.

If the parties do not settle this case through their negotiations prior to the continued Compliance Hearing, they will resume their efforts to select a mediator.  Before the continued Compliance Hearing they will either:  (1) Notify the Court that the case settled if their settlement discussions are successful; or (2) If they are unable to settle, notify the Court about their selection of the mediator or notify the Court that they are unable to agree upon a mediator and be prepared to further discuss the selection of the mediator with the Court at the continued Compliance Hearing.

DATED:  January 2, 2015                     BRISCOE IVESTER & BAZEL LLP


By:  */s/ Richard Wallace*
RICHARD WALLACE
Attorneys for Plaintiffs
EFK INVESTMENTS, LLC and MARKET STREET PROPERTY MANAGEMENT, INC.

| | | |
|---|---|---|
| 1 | DATED: January 2, 2015 | SEDGWICK LLP |
| 2 | | |
| 3 | | By: */s/ Jason J. Chorley* |
| | | SUSAN KOEHLER SULLIVAN |
| 4 | | JASON J. CHORLEY |
| | | Attorneys for Defendant |
| 5 | | PEERLESS INSURANCE COMPANY |

**ORDER**

The compliance hearing regarding the parties' choice of mediator, currently set for Friday, January 9, 2015, is **CONTINUED** to Friday, February 6, 2015, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) choice of mediator or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

The deadline to complete mediation, currently scheduled on Friday February 27, 2015, is **CONTINUED** to Friday, March 27, 2015.
No further extensions of time will be granted as to this issue.
**IT IS SO ORDERED.**

Dated: January 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**