1  Richard Wallace (State Bar No. 124286)
   BRISCOE IVESTER & BAZEL LLP
2  155 Sansome Street, Seventh Floor
3  San Francisco, CA 94104
   Telephone:  (415) 402-2700
4  Facsimile:   (415) 398-5630
   *rwallace@briscoelaw.net*
5
   Attorneys for Plaintiffs
6  EFK INVESTMENTS, LLC; and
7  MARKET STREET PROPERTY MANAGEMENT, INC.

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

11 | EFK INVESTMENTS, LLC; and MARKET        | Case No.  13-CV-05910 ~~NC~~ YGR
   | STREET PROPERTY MANAGEMENT, INC.,       |
12 |                                         | ORDER GRANTING
   |                                         | **STIPULATION FOR DISMISSAL**
13 |             Plaintiffs,                 |
   |     vs.                                 | **[FRCP 41(a)(1)(A)(ii)]**
14 |                                         |
   | GOLDEN EAGLE INSURANCE                  |
15 | CORPORATION; PEERLESS INSURANCE         |
   | COMPANY; and DOES 1-50, inclusive,      |
16 |                                         |
   |             Defendants.                 |
17

18
19
20     All parties in the above-captioned action ("Action"), consisting of plaintiffs EFK
21 Investments, LLC and Market Street Property Management, Inc., and defendant Peerless
22 Insurance Company (collectively "Parties"), have settled the Action in its entirety.  In accordance
23 with the terms of the settlement,
24     IT IS HEREBY STIPULATED by and between the Parties, through their respective
25 counsel, that the Action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure
26 41(a)(1)(A)(ii), the Parties to bear their own attorney fees and costs in the Action.
27 / / /
28 / / /

1

STIPULATION FOR DISMISSAL                                          CASE No. 13-CV-05910 NC

1  DATED:  June 1, 2015                    BRISCOE IVESTER & BAZEL LLP

2                                          By: /s/ Richard Wallace
3                                              RICHARD WALLACE
                                               Attorneys for Plaintiffs EFK INVESTMENTS,
4                                              LLC; and MARKET STREET PROPERTY
                                               MANAGEMENT, INC.
5

6  DATED:  June 1, 2015                    SEDGWICK LLP

7
                                           By: /s/ Susan Koehler Sullivan
8                                              SUSAN KOEHLER SULLIVAN
                                               JASON J. CHORLEY
9                                              Attorneys for Defendants
                                               GOLDEN EAGLE INSURANCE
10                                             CORPORATION and PEERLESS
                                               INSURANCE COMPANY
11

12                         ORDER

13  Pursuant to stipulation, the instant action is DISMISSED.

14

15  IT IS SO ORDERED.

16      DATED: June 4, 2015                _____
                                           YVONNE GONZALEZ ROGERS
17                                         U.S. DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Yvonne Gonzalez Rogers]*